1

2

3

4

5

6

7

8

9

10

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

11

12

13

14

15

16

| | |
|---|---|
| The Mishewal Wappo Tribe of Alexander Valley,<br><br>               Plaintiff,<br><br>  v.<br><br>Ken Salazar,<br><br>               Defendant. | NO. C 09-02502 JW<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

17

18

19

20

21

22

23

This case is scheduled for a Case Management Conference on February 1, 2010.  Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order.  (hereafter, "Statement," Docket Item No. 25.)  In their Statement, the parties jointly request a continuance of the Case Management Conference to allow them time to compile the administrative record and engage in settlement discussions.  (Statement at 4.)  In light of the parties' request, the Court CONTINUES the Case Management Conference and orders as follows:

24

25

26

27

28

    (1)    On **February 26, 2010**, the parties shall file a further Joint Case Management Conference Statement, in which they shall update the Court as to the progress of settlement negotiations.  In the event that settlement negotiations are not fruitful, the parties shall include in the Joint Case Management Statement a proposed briefing schedule for their anticipated Cross-Motions for Summary Judgment.

1      (2)    On **March 8, 2010 at 10 a.m.**, the parties shall appear for a Case Management

2      Conference.

Dated:  January 27, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Bruce David Goldstein bgoldste@sonoma-county.org
    David Bernard Glazer david.glazer@usdoj.gov
3   Joseph L. Kitto KITTO@SOVSYS.NET

4
    **Dated:  January 27, 2010**                          **Richard W. Wieking, Clerk**
5

6                                                         **By:  /s/ JW Chambers**
                                                               **Elizabeth Garcia**
7                                                              **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3