IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

DAVID B. GLAZER (D.C. 400966)
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
TEL:   (415) 744–6491
FAX:   (415) 744-6476
e-mail:  david.glazer@usdoj.gov

Attorneys for Federal Defendant

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware
5/6/2010

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KEN SALAZAR,<br><br>    Defendant. | No. 5:09-cv-02502-JW<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT<br><br>Date:   N/A<br><br>Time:   N/A<br><br>Courtroom No.  N/A<br><br>Hon. James Ware |

*Mishewal Wappo Tribe of Alexander Valley v. Ken Salazar*, No. 5:09-cv-02502-JW
Stipulation and Proposed Order Granting Plaintiff Leave to File First Amended Complaint

1   Plaintiff Mishewal Wappo Tribe of Alexander Valley and Defendant Kenneth Salazar hereby
2   stipulate as follows:
3       1. Subject to approval of this Stipulation by the Court, Plaintiff may file the First Amended
4   Complaint submitted herewith as Attachment 1.
5       2. Upon approval of this Stipulation, Plaintiff will separately file the First Amended Com-
6   plaint.
7       3. Defendant's obligation to plead in response to the First Amended Complaint is stayed
8   pending continued settlement negotiations in this matter.
9       4. By joining this Stipulation, Defendant does not concede the validity of any claim or cause
10  of action or the truth of any averment of fact.  Defendant preserves all defences with respect to the pro-
11  posed First Amended Complaint.

SO STIPULATED:

FOR THE PLAINTIFF

DATED: May 3, 2010        /s/*Joseph L. Kitto*
                          [Concurrence obtained per General Order 45.X]
                          JOSEPH L. KITTO
                          1801 Gibson Blvd. SE unit 1114
                          Albuquerque, New Mexico 87106
                          Tel:   (505) 977-3079
                          Email: KITTO@SOVSYS.NET

FOR THE DEFENDANT

DATED: May 3, 2010        IGNACIA S. MORENO
                          Assistant Attorney General
                          Environment & Natural Resources Division

                          /s/*David B. Glazer*
                          DAVID B. GLAZER
                          Natural Resources Section
                          Environment & Natural Resources Division
                          United States Department of Justice
                          301 Howard Street, Suite 1050
                          San Francisco, California  94105
                          Tel:   (415) 744-6491
                          Fax:  (415) 744-6476
                          E-mail:  David.Glazer@usdoj.gov

*Mishewal Wappo Tribe of Alexander Valley v. Ken Salazar*, No. 5:09-cv-02502-JW
Stipulation and Proposed Order Granting Plaintiff Leave to File First Amended Complaint        1

<u>ATTORNEY ATTESTATION OF CONCURRENCE</u>

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiff's counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated:  May 3, 2010

/s/*David B. Glazer*
DAVID B. GLAZER
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Telephone:     (415) 744-6491
Facsimile:      (415) 744-6476
E-mail:  david.glazer@usdoj.gov

[PROPOSED] ORDER

Upon consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that:

1. The Stipulation is approved;

2. Plaintiff may file its proposed First Amended Complaint; and

3. Defendant's obligation to plead in response to the First Amended Complaint is stayed pending continued settlement negotiations in this matter.

SO ORDERED.

The First Amended Complaint shall be filed as a separate docket entry on or before **May 11, 2010.**

DATED: May 6, 2010

JAMES WARE
UNITED STATES DISTRICT JUDGE

*Mishewal Wappo Tribe of Alexander Valley v. Ken Salazar*, No. 5:09-cv-02502-JW
Stipulation and Proposed Order Granting Plaintiff Leave to File First Amended Complaint            3

# CERTIFICATE OF SERVICE

I, David B. Glazer, hereby certify that, on May 3, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system and upon additional counsel at the address below by U.S. Mail:

> Kelly F. Ryan, Esq.
> Susan X. Romero, Esq.
> The Ryan Law Firm
> 80 South Lake Avenue, Ste. 500
> Pasadena, California 91101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 3, 2010          /s/*David B. Glazer*
                                             David B. Glazer