ROBERT WESTMEYER #54791
County Counsel
THOMAS S. CAPRIOLA #251472
Deputy County Counsel
County of Napa
1195 Third Street Suite 301
Napa, California 94559
Telephone: (707) 259-8251
Fax: (707) 259-8220
Thomas.Capriola@countyofnapa.org

Attorneys for Proposed Intervenor-Defendant
County of Napa

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KENNETH SALAZAR, in his capacity as Secretary of the Interior,<br><br>    Defendant,<br><br>COUNTY OF NAPA, CALIFORNIA,<br><br>    Intervenor-Defendant,<br><br>COUNTY OF SONOMA, CALIFORNIA,<br><br>    Intervenor-Defendant,<br><br>COUNTY OF LAKE, CALIFORNIA,<br><br>    Intervenor-Defendant. | Case No. 5:09-cv-02502-JW<br><br>Hon. James Ware<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR INTERVENOR-DEFENDANTS NAPA, SONOMA, AND LAKE COUNTIES TO FILE RESPONSIVE PLEADINGS TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

---

Plaintiff Mishewal Wappo Tribe of Alexander Valley, Defendant Kenneth Salazar, and Intervenor-Defendants County of Napa, County of Sonoma, and County of Lake hereby stipulate as follows:

1. Subject to approval of this Stipulation by the Court, the date for Intervenor-Defendants County of Napa, County of Sonoma, and County of Lake to file their responsive pleadings to Plaintiff's First Amended Complaint is extended to July 16, 2010.

SO STIPULATED:

FOR THE PLAINTIFF

DATED: June 14, 2010

/s/ *Joseph L. Kitto*
[Concurrence obtained per General Order 45.X]
JOSEPH L. KITTO
1801 Gibson Blvd. SE unit 1114
Albuquerque, New Mexico 87106
Tel: (505) 977-3079
Email: KITTO@SOVSYS.NET

FOR THE DEFENDANT

DATED: June 15, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ *David B. Glazer*
[Concurrence obtained per General Order 45.X]
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: David.Glazer@usdoj.gov

|   |   |   |
|---|---|---|
| 1 |   | FOR INTERVENOR-DEFENDANT – COUNTY OF NAPA |
| 2 | DATED: June 11, 2010 | /s/ *Thomas S. Capriola* |
| 3 |   | THOMAS S. CAPRIOLA |
|   |   | County of Napa |
|   |   | Office of the County Counsel |
|   |   | 1195 Third Street, Suite 301 |
|   |   | Napa, CA 94559 |
|   |   | (707) 259-8251 |
|   |   | (707) 259-8220 (fax) |
|   |   | thomas.capriola@countyofnapa.org |

                                              FOR INTERVENOR-DEFENDANT –
                                              COUNTY OF SONOMA

DATED: June 14, 2010                          /s/ *Jeffrey M. Brax*
                                              JEFFREY M. BRAX
                                              [Concurrence obtained per General Order 45.X]
                                              County of Sonoma
                                              Office of the Sonoma County Counsel
                                              575 Administration Drive, Room 105A
                                              Santa Rosa, CA 95402
                                              (707) 565-2421
                                              jbrax@sonoma-county.org


                                              FOR INTERVENOR-DEFENDANT –
                                              COUNTY OF LAKE

DATED: June 11, 2010                          /s/ *Anita L. Grant*
                                              ANITA LOUISE GRANT
                                              [Concurrence obtained per General Order 45.X]
                                              County of Lake
                                              Office of County Counsel,
                                              Courthouse 255N. Forbes Street
                                              Lakeport, CA 95453
                                              707-263-2321
                                              707-263-0702 (fax)
                                              anitag@co.lake.ca.us



Dated: June 15, 2010                ROBERT WESTMEYER, County Counsel

                                    /s/ *Thomas S. Capriola*
                                    THOMAS S. CAPRIOLA, Deputy County Counsel
                                    Attorneys for County of Napa

---

3
Mishewal Wappo Tribe of Alexander Valley v. Ken Salazar, No. 5:09-cv-02502-JW
Stipulation And Proposed Order Extending Time For Intervenor-Defendants Napa, Sonoma, And Lake Counties To File
Responsive Pleadings To Plaintiff's First Amended Complaint

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiff's counsel, Defendant's counsel, Intervenor-Defendant County of Sonoma's counsel, and Intervenor-Defendant County of Lake's counsel indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: June 15, 2010

/s/  *Thomas S. Capriola*
County of Napa
Office of the County Counsel
1195 Third Street, Suite 301
Napa, CA 94559
(707) 259-8251
(707) 259-8220 (fax)
thomas.capriola@countyofnapa.org

[PROPOSED] ORDER

Upon consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that:

1. The Stipulation is approved; and

2. Intervenor-Defendants County of Napa, County of Sonoma, and County of Lake have until July 16, 2010 to file their responsive pleadings to Plaintiff's First Amended Complaint.

SO ORDERED.

DATED:   June 17, 2010

_____
JAMES WARE
UNITED STATES DISTRICT JUDGE