Healdsburg, California
January 11, 1957

Honorable Hubert B. Scudder
Member of Congress
House Office Building
Washington 25, D. C.

Dear Congressman Scudder:

My family has been assigned land on the Alexander Valley Rancheria in Sonoma County, California, for many years. I have my home here and have much money invested, yet I don't have title to the land. My family has no security as it is now.

I have reviewed the Rancheria Bill proposed by the Indian Agent and I want you to have the Alexander Valley Rancheria included in this bill so that we can get title to our land.

The Government put down a well for us and now we have water for which we are thankful. Except for the necessary surveys, the Government need not do any more work on this rancheria. All we want is a clear title to our land. Please help us.

Yours truly,

_____

_____

AR 1