Sacramento Area Office
P. O. Box 7.
Sacramento 4, California

Commissioner, Bureau of Indian Affairs

Washington 25, D. C.

Attn: Realty

Dear Sir:

Transmitted herewith are two (2) deeds, letters of transmittal, and Receipts for Deed, to the distributees of the Alexander Valley Rancheria, prepared in accordance with a plan for distribution of the assets of the Alexander Valley Rancheria approved September 11, 1959, under the provisions of the Act of August 18, 1958 (72 Stat. 619). These deeds are being transmitted for recording and filing in your records. We are also enclosing two (2) copies of the record of survey prepared by this office which was used as a basis for these deeds. It is suggested that one copy of the record of survey be forwarded to the Bureau of Land Management in order to clear their records.

Sincerely yours,

(Sgd.) Leonard M. Hill
Area Director

Enclosures - 8

Copy to: Tribal Programs, Central Office
Tribal Programs, SV
Records & Control Basis — copies of Deeds (...)
  w/copies of Receipt for Deeds (...)
  w/copies of letters of transmittal
  Disposition Cards (...)
  appraiser Orr
  Alexander Rancheria case work file...
  mis. corres., appraisal, dist. pl...

AR 2