Mr. Leonard M. Hill

Area Director, Sacramento, California

Dear Mr. Hill:

The distribution plan for the Alexander Valley Rancheria calls for the cancellation of construction and operation and maintenance charges against this Rancheria. Your letter of February 19 informs us that these charges for operation and maintenance are in the amount of $1,569.43.

By authority contained in Section 3(d) of Public Law 85-671 delegated to the Commissioner these charges are hereby cancelled.

Sincerely yours,

Commissioner

Copy to: Area Director, Phoenix
521
Surname
Chrony
Mailroom
Holdup
PWalz:bb 2-24-60

Do not file
Return to
Tribal Government
Section

AR 3