

IN REPLY REFER TO:
341-Irrigation
Alexander Valley
Rancheria

# UNITED STATES
# DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
Sacramento 4, California

FEB 19 1960

AIR MAIL

Commissioner, Bureau of Indian Affairs

Washington 25, D. C.

Dear Sir:

The distribution plan for the Alexander Valley Rancheria having been accepted by a majority of the distributees and no further water development work being contemplated, your assistance is requested in cancelling, pursuant to Section 3(d) of Public Law 85-671, the reimbursable indebtedness owing to the United States on account of unpaid construction, operation and maintenance charges for water facilities on the rancheria. These charges are:

> Construction         -    0.00
> Operation and maintenance - $ 1569.43
>                 Total ----- $ 1569.43

Sincerely yours,

*[signature]*

Area Director

AR 4