

**UNITED STATES**
**DEPARTMENT OF THE INTERIOR**
BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
Sacramento 4, California

IN REPLY REFER TO:

Tribal Programs
103.3 Alexander
Valley

AUG 20 1959



**AIR MAIL**

Commissioner, Bureau of Indian Affairs

Washington 25, D. C.

Attention: Tribal Programs

Dear Sir:

    General notice for the distribution plan for Alexander Valley Rancheria was given July 20, 1959. Since the thirty-day period of the notice has expired and since no objections to the plan were received in this office during that period, we would appreciate receiving your advice that final approval of the plan is given and your instruction that a referendum may be called by the Area Director for the distributees of the rancheria.

Sincerely yours,

*Leonard M. Hill*

Area Director

AR 5