Memorandum

To: Secretary of the Interior

From: Commissioner

Subject: Notice of Termination, California Rancherias, Act of August 18, 1958 (72 Stat. 619), 25 CFR 242.10.

The Rancheria Act, Public Law 85-671, Sec. 10(b) provides that "After the assets of a rancheria or reservation have been distributed pursuant to this Act, the Indians who receive any part of such assets, and the dependent members of their immediate families, shall not be entitled to any of the services performed by the United States for Indians because of their status as Indians, and all statutes of the United States which affect Indians because of their status as Indians shall be inapplicable to them, and the laws of the several States shall apply to them in the same manner as they apply to other citizens or persons within their jurisdiction."

Title 25 CFR 242.10 calls for a publication of this termination action in the Federal Register when the provisions of the distribution plan for a rancheria have been carried out to the satisfaction of the Secretary. We have completion statements from the Area Director which state that final actions on (six) additional distribution plans have now been taken. These completion statements are attached.

Previously, distribution plans for seven rancherias out of the total forty-one named in the Act had been completed and notice to this effect was published in the Federal Register on April 11, 1961. As other plans are completed, other termination notices will need to be published.

We recommend that the attached notice be signed for publication in the Federal Register.

(Signed)
Acting
Commissioner

Attachments

cc: Sacramento Area Office

Surname-LIA
Prog. Chron.
Mailroom Holdup

Sec. Reading File
Information - 132
PFWalz:nl 6/6/61

AR 6