Ferguson 6/13
Morsey 6/14

UNITED STATES
DEPARTMENT OF THE INTERIOR
OFFICE OF THE SECRETARY
Washington 25, D. C.

## TERMINATION OF FEDERAL SUPERVISION OVER THE PROPERTY OF THE CALIFORNIA RANCHERIAS AND OF THE INDIVIDUAL MEMBERS THEREOF

Notice is hereby given that the Indians named under the Rancherias listed below are no longer entitled to any of the services performed by the United States for Indians because of their status as Indians, and all statutes of the United States which affect Indians because of their status as Indians shall be inapplicable to them, and the laws of the several states shall apply to them in the same manner as they apply to other citizens or persons within their jurisdiction. Title to the lands on these Rancherias has passed from the United States Government under the distribution plan of each Rancheria.

Alexander Valley Rancheria, 54 acres in Sec. 18 and 19, T.9N., R. 8W., M. D. M., Sonoma County, California.

| Name | Date of Birth | Address |
|---|---|---|
| James R. Adams | /88 | 5975 Soda Rock Lane, Healdsburg, California |
| Fred Adams | 39 | 5975 Soda Rock Lane, Healdsburg, California |
| Janette E. Adams | /40 | 5975 Soda Rock Lane, Healdsburg, California |
| James Adams, Jr. | /41 | 5975 Soda Rock Lane, Healdsburg, California |
| Louie D. Adams | /43 | 5975 Soda Rock Lane, Healdsburg, California |
| Lillian I. Adams | /44 | 5975 Soda Rock Lane, Healdsburg, California |
| Elaine P. Adams | /45 | 5975 Soda Rock Lane, Healdsburg, California |
| Donald L. Adams | /49 | 5975 Soda Rock Lane, Healdsburg, California |
| Rickey L. Adams | /54 | 5975 Soda Rock Lane, Healdsburg, California |

Sent to Fed. Reg.
JUL 26 1961
Harold L. Carlson

AR 7

| Name | Date of Birth | Address |
|---|---|---|
| William McCloud | /20 | 2567 Mark West Station Road, Windsor, California |
| Helen McCloud | /37 | 2567 Mark West Station Road, Windsor, California |

Chicker Ranch Rancheria, 40 acres, E1/2 E1/2, NE1/4 of Sec. 20, T. 2N., R. 14E., M. D. M., Tuolumne County, California.

| Name | Date of Birth | Address |
|---|---|---|
| Ida B. Connolly | 04 | Jamestown, California |
| Hazel Connolly | 40 | Jamestown, California |
| Arrestina Connolly | /41 | Jamestown, California |
| Pansy Jacobs | /10 | Jamestown, California |
| Walter Edwards | 01 | Jamestown, California |
| Inez E. Mathieson | /20 | P. O. Box 501, Jamestown, Califor |
| Lloyd R. Mathieson | '40 | P. O. Box 501, Jamestown, Califor |
| Loren W. Mathieson | 4 | P. O. Box 501, Jamestown, Califor |
| Clois I. Mathieson | 48 | P. O. Box 501, Jamestown, Califor |
| Carl D. Mathieson | 49 | P. O. Box 501, Jamestown, Califor |
| Jack Bean | /22 | Box 313, Sonora, California |
| Anna Louise Bean | /45 | Box 313, Sonora, California |
| Marlene Esther Bean | /46 | Box 313, Sonora, California |
| Sam Rhoan | 1900 | Box 415, Jamestown, California |
| Maude Rhoan | '03 | Box 415, Jamestown, California |
| John Kelly | '81 | Box 313, Sonora, California |

Lytton Rancheria, 50 acres in Sec. 4, T. 9N., R. 9W., M. D. M., Sonoma County, California.

| Name | Date of Birth | Address |
|---|---|---|
| Romeo F. Steele | '21 | 725 Hudspeth Street, Santa Rosa, California |
| Daniel T. Steele | 20 | 561 Alexander Valley Road, Healdsburg, California |
| Carol Joyce Steele | '32 | 561 Alexander Valley Road, Healdsburg, California |
| Sharon James Steele | '53 | 561 Alexander Valley Road, Healdsburg, California |

| Name | Date of Birth | Address |
|---|---|---|
| Daniel Thomas Steele, Jr. | 34 | 561 Alexander Valley Road, Healdsburg, California |
| Janice Elaine Steele | 56 | 561 Alexander Valley Road, Healdsburg, California |
| Bert Steele | 57 | 561 Alexander Valley Road, Healdsburg, California |
| Sarah Gonzales | 23 | 311 Boyce St., Santa Rosa, Calif. |
| Donald Gonzales | 5 | 311 Boyce St., Santa Rosa, Calif. |
| Angelia Gonzales | 46 | 311 Boyce St., Santa Rosa, Calif. |
| Donna Gonzales | 49 | 311 Boyce St., Santa Rosa, Calif. |
| Kenneth Gonzales | /51 | 311 Boyce St., Santa Rosa, Calif. |
| Henry Gonzales | 52 | 311 Boyce St., Santa Rosa, Calif. |
| Mary Steele | 94 | 725 Hudspeth St., Santa Rosa, Calif. |
| Edward Steele | 50 | 725 Hudspeth St., Santa Rosa, Calif. |
| Rosaline Madera Qunino | 18 | 1511 West Side Road, Healdsburg, California |
| Frank T. Madera | 41 | 1511 West Side Road, Healdsburg, California |
| Paloma Madera | /44 | 1511 West Side Road, Healdsburg, California |
| Branda Qunino | 58 | 1511 West Side Road, Healdsburg, California |
| Charlotte Qunino | 58 | 1511 West Side Road, Healdsburg, California |
| Eleanor Lopez | 34 | Rt.1, Box 81-A, Calistoga, Calif. |
| Julie Andrea Billy | 51 | Rt.1, Box 81-A, Calistoga, Calif. |
| Candice Lynn Billy | /52 | Rt.1, Box 81-A, Calistoga, Calif. |
| Gloria Sue Lopez | 26 | Rt.1, Box 81-A, Calistoga, Calif. |
| Valerie Gale Lopez | /57 | Rt.1, Box 81-A, Calistoga, Calif. |
| Nannette Rose Lopez | /58 | Rt.1, Box 81-A, Calistoga, Calif. |
| Doris Miller | 27 | Box 103, Healdsburg, California |
| Calvin Miller | /44 | Box 103, Healdsburg, California |
| Mary Miller | /49 | Box 103, Healdsburg, California |
| Delores Meyers | 09 | 515 Alexander Valley Road, Healdsburg, California |
| Nadine A. James | /40 | 515 Alexander Valley Road, Healdsburg, California |
| James E. Meyers | /31 | 515 Alexander Valley Road, Healdsburg, California |
| James J. Meyers | 52 | 515 Alexander Valley Road, Healdsburg, California |

AR 9

Mooretown Rancheria, 80 acres, N1/2 NE1/4, Sec. 22, T. 20N., R. 6E., M. D. B. & M., Butte County, California.

| Name | Date of Birth | Address |
|---|---|---|
| Robert Jackson | 82 | Feather Falls, Star Route, Oroville, California |
| Ina Jackson | 76 | Feather Falls, Star Route, Oroville, California |
| Katie Archuleta | 99 | Feather Falls, California |
| Fred Taylor | /81 | Feather Falls, California |

Potter Valley Rancheria, 16 acres in Sec. 19, T. 17N., R. 11W., M. D. M., Mendocino County, California. 80 acres, NW1/4 SE1/4 and SE1/4 NW1/4, Sec. 35, T. 18N., R. 12W., M. D. M., Mendocino County, California.

| Name | Date of Birth | Address |
|---|---|---|
| Geraldine M. Reeves | /14 | General Delivery, Ukiah, Calif. |
| Norma Mitchell | /37 | General Delivery, Ukiah, Calif. |
| Millard Anderson | 19 | Box 75, Potter Valley, California |
| Mandy Anderson | 11 | Box 75, Potter Valley, California |
| James Mitchell | /34 | Box 75, Potter Valley, California |
| Frank Williams | 1888 | Potter Valley, California |
| Helen Anderson | 26 | Potter Valley, California |
| Mack Williams | 1884 | Potter Valley, California |
| Sarah Williams | 1884 | Potter Valley, California |
| Paul Anderson | /34 | Potter Valley, California |
| Edna Guererro | 07 | Box 23, Potter Valley, California |

Redwood Valley Rancheria, 80 acres in Sec. 32, T. 17N., R. 12W., M. D. M., Mendocino County, California.

| Name | Date of Birth | Address |
|---|---|---|
| Annie Lake | 23 | Rt. 1, Box 219, Redwood Valley, California |

| Name | Date of Birth | Address |
|---|---|---|
| Carl Fred | 13 | Box 221, Redwood Valley, Calif. |
| Florenda Hansen | 04 | Box 11, Redwood Valley, Calif. |
| Ernest Hansen | 42 | Box 11, Redwood Valley, Calif. |
| Elizabeth Hansen | 44 | Box 11, Redwood Valley, Calif. |
| Joseph Hansen | 46 | Box 11, Redwood Valley, Calif. |
| Agnes Bosten | 06 | Rt. 1, Redwood Valley, Calif. |
| Raymond Jack | 43 | Box 221, Redwood Valley, Calif. |
| Esther Ramirez | /26 | Box 225, Redwood Valley, Calif. |
| Deborah Ramirez | /56 | Box 225, Redwood Valley, Calif. |
| Gloria Ramirez | /58 | Box 225, Redwood Valley, Calif. |
| Irene LaFrenchi | /24 | Box 225, Redwood Valley, Calif |
| Stella LaFrenchi | /58 | Box 225, Redwood Valley, Calif. |
| Stella Tooley | /04 | Box 225, Redwood Valley, Calif. |
| Woodrow Duncan | /16 | Box 225, Redwood Valley, Calif. |
| Evangeline Duncan | 28 | Box 225, Redwood Valley, Calif. |
| Hazel Smith | /91 | Box 57, Calpella, California |
| DeHavilland R. Smith | /36 | Box 57, Calpella, California |
| Clorene Hernandez | 23 | Box 220, Redwood Valley, Calif. |
| Barbara Hernandez | 8 | Box 220, Redwood Valley, Calif. |
| Carol Hernandez | 53 | Box 220, Redwood Valley, Calif. |
| George Hansen | /34 | Box 220, Redwood Valley, Calif. |
| Otis Hansen | 33 | Box 11, Redwood Valley, Calif. |
| Bert Hansen | 95 | Box 220, Redwood Valley, Calif. |
| Eva Hansen | 1900 | Box 220, Redwood Valley, Calif. |
| David Hansen | 40 | Box 220, Redwood Valley, Calif. |
| Gordon Hansen | 30 | Box 220, Redwood Valley, Calif. |

This notice is issued pursuant to the Act of August 18, 1958 (72 Stat. 619), and becomes effective as of the date of publication in the Federal Register.

JUL 26 1961

Stewart L. Udall

Secretary of the Interior