IN REPLY REFER TO:

UNITED STATES
DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
Sacramento 4, California

Tribal Programs
103.3

OCT 1 6 1959

AIR MAIL

Commissioner, Bureau of Indian Affairs

Washington 25, D. C.

                           Attention:  Tribal Programs

Dear Sir:

      The referendum scheduled September 25, 1959, for the Alexander Valley distribution plan resulted in acceptance of the plan by a vote of 2 for and 0 against.

      At the referendum held on October 8, 1959, distributees of the Redding Rancheria voted 12 for and 4 against the distribution plan.

      The distribution plan for the Potter Valley Rancheria was accepted by a vote of 10 for and 0 against at a referendum held October 8, 1959.

                                  Sincerely yours,

                                  Area Director

AR 14