Mr. Leonard M. Hill

Area Director, Sacramento

Dear Mr. Hill:

    Since the distribution plan for the Alexander Valley Rancheria, initially approved by the Acting Commissioner on July 6, 1959, was duly posted and no objections were filed within the time allowed, the plan is hereby approved as posted.

    You are authorized to call a referendum of the distributees in accordance with 25 C.F.R. 242.6. If a majority of the distributees vote to accept the plan as posted, it becomes final and you are further authorized to carry out the provisions.

    Alexander Valley Rancheria has $180.00 in the Treasury of the United States. This amount will be allocated to you for disposition.

                             Sincerely yours,

                             (Sgd)

                             Commissioner

Copy to:
    Francis Adams - This copy is your authority to process advice
                of allotment.
    Surname    Chrony
    MMatheson  Holdup
    Mailroom

PFWalz:bap    9-2-59