

## GENERAL NOTICE

Date _____

  Posted herewith is a Plan for the Distribution of the Assets of the

ALEXANDER VALLEY RANCHERIA

according to the provisions of Public Law 85-671, approved August 18, 1958.

  Public Law 85-671 provides that General Notice shall be given of the contents of any plan prepared pursuant to the provisions of this law.

  Any Indian who feels that he is unfairly treated in the proposed distribution of the property shall present his views and arguments in writing to the Secretary of the Interior within thirty (30) days after the date of the posting of this general notice. Such protest, stating fully the reasons why he thinks he is being unfairly treated, shall be mailed to the Area Director, Sacramento Area Office, Federal Building, Post Office Box 749, Sacramento 4, California, who will promptly forward it to the Secretary of the Interior. After the protest has been submitted for the approval of the adult Indians who will participate in the distribution of the property, and if the plan is approved by a majority of such Indians who vote in an election called for that purpose by the Area Director of the Sacramento Area Office, the plan will be carried out.

  If the law is not fully understood by any participating members, they should immediately contact the Sacramento Area Office, Sacramento, California.

AR 16