Case5:09-cv-02502-JW   Document59-12   Filed08/20/10   Page1 of 1



IN REPLY REFER TO:

# UNITED STATES
## DEPARTMENT OF THE INTERIOR
BUREAU OF INDIAN AFFAIRS
Sacramento Area Office
Sacramento 4, California

103.3

MAY 1 5 1959

**AIR MAIL**

Commissioner, Bureau of Indian Affairs

Washington 25, D. C.

Attention: Tribal Programs

Dear Sir:

    Submitted herewith in duplicate for review and approval by the Commissioner, are proposed distribution plans for Alexander Valley, Guidiville, Redding, Table Mountain and Wilton Rancherias.

    The estimates for road construction costs on Table Mountain and Wilton Rancherias are $35,000 and $18,000, respectively. It is estimated that $5,000 will be spent at Wilton in reconditioning the water system and that a similar amount will be expended in realigning and extending the Table Mountain water system.

Sincerely yours,

(SGD) Leonard M. Hill

Area Director

Enclosures 10

CC: Mr. Peter Walz, Tribal Programs, C/O w/enc.(5)

AR 17