T. F.
61

Mr. Leonard M. Hill

Area Director, Sacramento

Dear Mr. Hill:

    The attached plan for the distribution of the assets of the Alexander Valley Rancheria under the terms of Public Law 85-671 is hereby conditionally approved. Final approval of this plan or to a revision of it will be given after the 30-day period during which appeals may be filed. Will you please give general notice of the plan with a dated copy to this office.

    Please note the changes we have inserted in the "beneficial interest" paragraph on page 4 of the plan. These changes will make this paragraph conform to the wording of the regulations governing vesting of interest.

                                        Sincerely yours,

                                          Commissioner

Attachment

BIA Surname
Chrony
Mailroom
Matheson
Holdup

PFWalz:bgm  5-21-59

AR 18             CARBON FOR INDIAN OFFICE

Do not file
Return to
Branch of Tribal
Programs