MAY 3 1961

## ALEXANDER VALLEY RANCHERIA

### Completion Statement

The Alexander Valley Rancheria plan, prepared under the terms of Public Law 85-671 (72 Stat.619), became final on September 25, 1959, when it was unanimously accepted by the distributees named therein. The provisions of Public Law 85-671 and the plan were carried out as follows:

1. The plan was prepared, promulgated, and accepted in accordance with Sections 2(a) and 2(b) of Public Law 85-671.

2. Funds held in trust for the rancheria in the amount of $180 were divided equally between the two distributees.

3. Reimbursable debts against the rancheria were cancelled.

4. The training or educational program provided by Section 9 of Public Law 85-671 was made available to the Indians named in the plan.

5. The water system was conveyed to the distributees as owners-in-common. It was therefore not necessary to establish a legal entity.

6. A survey was made by the Sacramento Area Office and used as a basis for preparation of the deeds issued.

7. Road right-of-way providing each distributee with ingress and egress over the other distributee's property was reserved in the deeds. Right of ingress and egress for the maintenance and operation of the water system also was reserved in the deeds.

8. By letters dated March 14, 1961, the recipients of property under this plan were advised of the approximate value of the property received and that the property was tax free at the time of distribution, but that from the date of recording in county records the same taxes that apply to property generally apply to the property they have received.

9. Unrestricted title to the property was conveyed to the distributees named in the plan by deeds dated February 21, 1961, recorded in Sonoma County Records on February 23, 1961, and delivered to the recipients on March 15, 1961. The Government's protection of water rights was explained to the recipients.

10. Each recipient of property under this plan understands that a "termination" notice in which his name will appear will be published and that he will thereafter not be entitled to any services from the Federal Government because of his status as an Indian.

The conveyance of the assets of the rancheria has been completed within the three-year period established in Public Law 85-671. We recommend that the Secretary issue the proclamation as provided by 25 CFR 242.10.

*Leonard M. Hill*
Area Director

AR 19