

# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Pacific Regional Office
2800 Cottage Way
Sacramento, California 95825

IN REPLY REFER TO:

Mr. George Skibine, Acting Assistant　　　　　　FEB 0 6 2009
Secretary of Indian Affairs
Office of the Assistance Secretary - Indian Affairs
1849 C Street N. W.
Washington, D. C. 20240

Dear Mr. Skibine:

This letter is in reference to Scott Gabaldon, Chairman of the Mishewal Wappo Tribe of the Alexander Valley, requesting a letter of support for the Tribe's efforts to restore the Tribe's Federal recognition. This request was received January 30, 2009.

The Mishewal Wappo Tribe of Alexander Valley is located in Sonoma County, California, contained 54 acres, and was purchased by Government for the benefit of James R. Adams, William McCloud and James R. Adams, Indians. Title to the land was vested in the United States with Indians having only a right to occupy and use the lands, unless otherwise authorized by Congress. The Rancheria was terminated under Public Law 85-671 (72 Stat. 619, as amended; 72 Stat. 619), became final on September 25, 1959, when it was unanimously accepted by the distributees. The Indians of the Alexander Valley Rancheria voted June 11, 1935 to accept the Indian Reorganization Act of June 18, 1934. They did not have a constitution or charter.

We have reviewed the enclosed documents that the Mishewal Wappo Tribe of the Alexander Valley has provided to this office which outlines and supports their efforts to restore the Tribe's Federal Recognition Status. Therefore, the Bureau of Indian Affairs, Pacific Region, supports the Tribe's efforts for restoration, either through legislation or administration action.

Sincerely,

Acting　Regional Director

Enclosures

cc: Superintendent, Central California Agency
　　Scott Gabaldon, Chairman
　　Mishewal Wappo Tribe of Alexander Valley


TAKE PRIDE IN AMERICA

AR 137