

# United States Department of the Interior

OFFICE OF THE SECRETARY
Washington, DC 20240

JUN 2 2 2009

Mr. Scott Gabaldon
Chairman, Mishewal Wappo Tribe
  of Alexander Valley
P.O. Box 1086
Santa Rosa, California 95402

Dear Chairman Gabaldon:

I am writing in response to your submission of February 13, 2009, to Deputy Assistant Secretary for Policy and Economic Development George Skibine. In your submission, you requested a meeting to discuss the administrative restoration of your Tribe.

The Rancheria Termination Act, (Act of August 18, 1958, 72 Stat. 619), as amended by the Act of August 11, 1964, (78 Stat. 390), listed Alexander Valley, now known as the Mishewal Wappo Tribe of Alexander Valley, as one of the rancherias to be terminated. Alexander Valley Rancheria was terminated on August 1, 1961, when the Federal Register published notice of its termination. 26 Fed. Reg. 6875 (1961).

Because the Rancheria Termination Act is still in full force and effect, the Department of the Interior does not have authority to restore your Tribe administratively. The only means by which your Tribe could be restored is through an act Congress or the courts.

Sincerely,

Larry Echo Hawk
Assistant Secretary – Indian Affairs

cc:    Superintendent, Central California Agency