**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

10/7/2010

1  ANITA L. GRANT (State Bar No. 144603)
   County Counsel
2  LLOYD C. GUINTIVANO (State Bar No. 242944)
   Deputy County Counsel
3  255 North Forbes Street
   Lakeport, California 95453
4  Telephone: 707/263-2321
   Facsimile:  707/263-0702
5
   Attorneys for the County of Lake
6
7                    UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                             SAN JOSE DIVISION

10

11  MISHEWAL WAPPO TRIBE OF                Case No. 5:09-cv-02502-JW
    ALEXANDER VALLEY,
12                                         Hon. James Ware
           Plaintiff,
13                                         **STIPULATION AND PROPOSED ORDER**
           v.
14
    KENNETH SALAZAR, in his capacity as
15  Secretary of the Interior,

16         Defendant,

17  COUNTY OF LAKE, CALIFORNIA,
18
           Intervenor-Defendant,
19
    COUNTY OF NAPA, CALIFORNIA,
20
           Intervenor-Defendant,
21
22  COUNTY OF SONOMA, CALIFORNIA,

23         Intervenor-Defendant.

24

25

26

27

28
                                        1
   Mishewal Wappo Tribe of Alexander Valley v. Ken Salazar, No. 5:09-cv-02502-JW
                        Stipulation And Proposed Order

Subject to approval of this Stipulation by the Court, Plaintiff Mishewal Wappo Tribe of Alexander Valley, Defendant Kenneth Salazar, and Intervenor-Defendants County of Napa, County of Sonoma, and County of Lake hereby stipulate the following:

1. The parties agree to extend the deadline date for mediation to January 31, 2011.

2. The parties shall appear for a hearing on the Intervenor-Defendants' Motions to Dismiss on January 31, 2011, at 9:00 a.m.

3. In the event the court denies the Motions to Dismiss, in whole or in part, the parties shall subsequently meet and confer on a proposed schedule for initial disclosures, discovery, and summary judgment motions within fifteen (15) days after the court's entry of an order denying the Motions to Dismiss. Within thirty (30) days after the conclusion of the meet and confer, the parties, either by stipulation from the meet and confer or by noticed motion, shall request the court to enter an order setting an initial disclosures, discovery, and summary judgment schedule.

SO STIPULATED:

FOR THE PLAINTIFF

DATED: October 5, 2010

/s/ Joseph L. Kitto_____
[Concurrence obtained per General Order 45.X]
JOSEPH L. KITTO
P.O. Box 819
Lower Lake, California 95457
Tel: (505) 977-3079
Email: KITTO@SOVSYS.NET

FOR THE DEFENDANT

DATED: October 5, 2010

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ David B. Glazer_____
[Concurrence obtained per General Order 45.X]
DAVID B. GLAZER
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: David.Glazer@usdoj.gov

|   |   |
|---|---|
|   | FOR INTERVENTOR-DEFENDANT – COUNTY OF NAPA |
| DATED: October 5, 2010 | /s/ Thomas S. Capriola<br>THOMAS S. CAPRIOLA<br>County of Napa<br>Office of the County Counsel<br>1195 Third Street, Suite 301<br>Napa, CA 94559<br>(707) 259-8251<br>(707) 259-8220 (fax)<br>thomas.capriola@countyofnapa.org |
|   | FOR INTERVENTOR-DEFENDANT – COUNTY OF Sonoma |
| DATED: October 5, 2010 | /s/ Jeffrey M. Brax<br>JEFFREY M. BRAX<br>[Concurrence obtained per General Order 45.X]<br>County of Sonoma<br>Office of the Sonoma County Counsel<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95402<br>(707) 565-2421<br>jbrax@sonoma-county.org |
|   | FOR INTERVENTOR-DEFENDANT – COUNTY OF LAKE |
| DATED: October 5, 2010 | /s/ Anita L. Grant<br>ANITA L. GRANT<br>[Concurrence obtained per General Order 45.X]<br>County of Lake<br>Office of County Counsel,<br>Courthouse 255 N. Forbes Street<br>Lakeport, CA 95453<br>707-263-2321<br>707-263-0702 (fax)<br>anitag@co.lake.ca.us |

Dated: October 5, 2010

/s/ Anita L. Grant
ANITA L. GRANT, County Counsel
County of Lake

## ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiff's counsel, Defendant's Counsel, Intervenor-Defendant County of Sonoma, and Intervenor-Defendant County of Napa indicated by a "conformed" signature ("/s/") within this e-filed document.

Dated: October 5, 2010

/s/ Anita L. Grant
County of Lake
Office of the County Counsel
255 North Forbes Street
Lakeport, CA 94559
(707) 263-2321
(707) 263-0702 (fax)
anitag@co.lake.ca.us

# [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that:

1. The Stipulation is approved; and

2. The deadline for mediation is hereby extended to January 31, 2011; and

3. The hearings on the motions to dismiss and motions for summary judgment currently scheduled for November 29, 2010 are cancelled; and

4. The Court continues the hearing on the Intervenor-Defendants' Motion to Dismiss from November 29, 2010 to **February 14, 2011 at 9:00 AM**; and

5. In the event this court denies the Motions to Dismiss, in whole or in part, the parties shall subsequently meet and confer on a proposed schedule for initial disclosures, discovery, and summary judgment motions within fifteen (15) days after the court's entry of an order denying the Motions to Dismiss. Within thirty (30) days after the conclusion of the meet and confer, the parties, either by stipulation from the meet and confer or by noticed motion, shall request the court to enter an order setting a schedule for initial disclosures, discovery, and summary judgment.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: October 7, 2010

_____
JAMES WARE,
UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

I, Anita L. Grant, hereby certify that, on October 5, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system and upon additional counsel at the address below by U.S. Mail:

> Kelly F. Ryan, Esq.
> Susan X. Romero, Esq.
> The Ryan Law Firm
> 80 South Lake Avenue, Ste. 500
> Pasadena, California 91101

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2010           /s/ Anita L. Grant
                                 Anita L. Grant