*IT IS SO ORDERED*
*Judge James Ware*
12/10/2010

1  ANITA L. GRANT (State Bar No. 144603)
   County Counsel
2  LLOYD C. GUINTIVANO (State Bar No. 242944)
   Deputy County Counsel
3  255 North Forbes Street
   Lakeport, California 95453
4  Telephone:  707/263-2321
   Facsimile:   707/263-0702
5
   Attorneys for the County of Lake
6
7                    UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11 | MISHEWAL WAPPO TRIBE OF         Case No. 5:09-cv-02502-JW
   | ALEXANDER VALLEY,
12 |                                 Hon. James Ware
   |        Plaintiff,
13 |                                 **NOTICE OF VOLUNTARY DISMISSAL**
   |        v.
14 |
   | KENNETH SALAZAR, in his capacity as
15 | Secretary of the Interior,
   |
16 |        Defendant,
   |
17 | COUNTY OF LAKE, CALIFORNIA,
   |
18 |        Intervenor-Defendant,
   |
19 | COUNTY OF NAPA, CALIFORNIA,
   |
20 |        Intervenor-Defendant,
   |
21 | COUNTY OF SONOMA, CALIFORNIA,
   |
22 |        Intervenor-Defendant.

23

24

25        NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff, Mishewal

26 Wappo Tribe of Alexander Valley voluntarily dismisses the above-captioned action without prejudice

---

as to Intervenor-Defendant, County of Lake, conditioned on the terms of the Memorandum of Agreement executed by the Plaintiff and Intervenor-Defendant, County of Lake, a true and correct certified copy of which is attached hereto as Exhibit "1."

                              FOR THE PLAINTIFF

DATED: November 30, 2010              /s/ Joseph L. Kitto
                              [Concurrence obtained per General Order 45.X]
                              Joseph L. Kitto
                              P.O. Box 819
                              Lower Lake, California 95457
                              Tel: (505) 977-3079
                              Email: KITTO@SOVSYS.NET

                              FOR THE PLAINTIFF

DATED: December 8, 2010              /s/ Kelly F. Ryan
                              [Concurrence obtained per General Order 45.X]
                              Kelly F. Ryan, Esq.
                              The Ryan Law Firm
                              80 South Lake Avenue, Ste. 500
                              Pasadena, California 91101
                              Tel: (626) 568-8808
                              Email: kryan@ryanattorneys.com

                              FOR INTERVENTOR-DEFENDANT –
                              COUNTY OF LAKE

                              ANITA L. GRANT
                              County Counsel

DATED: November 29, 2010        By:    /s/ Lloyd C. Guintivano
                              Lloyd C. Guintivano
                              [Concurrence obtained per General Order 45.X]
                              Deputy County Counsel
                              County of Lake
                              Office of County Counsel,
                              Courthouse 255 N. Forbes Street
                              Lakeport, CA 95453
                              707-263-2321
                              707-263-0702 (fax)
                              lloydg@co.lake.ca.us


Dated: December 8, 2010            /s/ Joseph L. Kitto
                              Joseph L. Kitto
                              Attorney for Plaintiff

ATTORNEY ATTESTATION OF CONCURRENCE

I hereby attest that I have obtained concurrence in this filing for the signature of Plaintiff's counsel, Defendant's Counsel, Intervenor-Defendant County of Sonoma, and Intervenor-Defendant County of Napa indicated by a "conformed" signature ("/s/") within this e-filed document.

                                                ANITA L. GRANT
                                                County Counsel

Dated: December 8, 2010                By:    /s/ Lloyd C. Guintivano
                                                                 Lloyd C. Guintivano
                                                                  Deputy County Counsel
                                                                  County of Lake
                                                                  Office of County Counsel,
                                                                  Courthouse 255 N. Forbes Street
                                                                  Lakeport, CA 95453
                                                                  707-263-2321
                                                                  707-263-0702 (fax)
                                                                  lloydg@co.lake.ca.us

CERTIFICATE OF SERVICE

I, Lloyd C. Guintivano, hereby certify that, on December 9, 2010, I caused the foregoing to be served upon counsel of record through the Court's electronic service system and upon additional counsel at the address below by U.S. Mail:

> Kelly F. Ryan, Esq.
> Susan X. Romero, Esq.
> The Ryan Law Firm
> 80 South Lake Avenue, Ste. 500
> Pasadena, California 91101

I declare under penalty of perjury that the foregoing is true and correct.

ANITA L. GRANT
County Counsel

Dated:  December 9, 2010          By:     /s/  Lloyd C. Guintivano
                                          Lloyd C. Guintivano
                                          Deputy County Counsel
                                          County of Lake
                                          Office of County Counsel,
                                          Courthouse 255 N. Forbes Street
                                          Lakeport, CA 95453
                                          707-263-2321
                                          707-263-0702 (fax)
                                          lloydg@co.lake.ca.us