1  LAW OFFICES OF WILLIAM D. ROSS
   A Professional Corporation
2  WILLIAM D. ROSS, ESQ. (State Bar No. 64538)
   KYPROS G. HOSTETTER, ESQ. (State Bar No. 228865)
3  MATTHEW SCHUMAN, ESQ. (State Bar No. 266316)
   520 South Grand Avenue, Suite 300
4  Los Angeles, California 90071-2610
   Telephone Number: (213) 892-1592
5  Facsimile Number: (213) 892-1519

6  Attorneys for Proposed Intervenor-Defendants
   CITY OF AMERICAN CANYON, AMERICAN
7  CANYON FIRE PROTECTION DISTRICT, CITY OF
   NAPA, and CITY OF ST. HELENA

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE

| | |
|---|---|
| MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY, | CASE NO. 5:09-cv-02502-JW |
| Plaintiff, | [PROPOSED] ORDER |
| v. | [STIPULATION TO EXTEND TIME AND SUPPORTING DECLARATION CONCURRENTLY FILED] |
| KENNETH SALAZAR, in his capacity as Secretary of the Interior, et al | Date: January 31, 2011<br>Time: 9:00 a.m.<br>Ctrm: 8 |
| Defendants. | |
| COUNTY OF SONOMA and COUNTY OF NAPA, | |
| Intervenor-Defendants, | |
| CITY OF AMERICAN CANYON, AMERICAN CANYON FIRE PROTECTION DISTRICT, CITY OF NAPA, and CITY OF ST. HELENA | |
| Proposed Intervenor-Defendants. | |

## [~~PROPOSED~~] ORDER

Upon consideration of the foregoing Stipulation, good cause having been shown, it is hereby ORDERED that:

1. The Stipulation is approved; and
2. The Deadline for Proposed Intervenor Defendants to file reply briefing in support of their Motions for Intervention is hereby extended to January 18, 2011.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: January 14, 2011

_____
HONORABLE JAMES WARE
United States District Chief Judge

## PROOF OF SERVICE

I, undersigned declare under penalty of perjury that I am over the age of 18 and not a party to the within action; my business address is: 520 South Grand Avenue, Suite 300, Los Angeles, California, 90071-2610; telephone (213) 892-1592.

On January 14, 2011, I served on interested parties in said action the following document(s): **[PROPOSED] ORDER.**

The document(s) referenced herein was served to the parties on the attached **Service List** by the following means:

☐ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as stated on the attached Service List on the above-mentioned date in Los Angeles, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on and in accordance with a court order or agreement of the parties to accept service by e-mail or electronic transmission, I caused a true copy of the document to be sent to the persons at the corresponding electronic address as indicated in the attached Service List on the above-mentioned date. I am readily familiar with this firm's Microsoft Outlook electronic mail system and did not receive any electronic message or other indication that the transmission was unsuccessful.

☐ **BY ELECTRONIC SERVICE VIA LEXISNEXIS FILE AND SERVE:** I transmitted a true and correct copy of the above-entitled pleading via "LexisNexis File and Serve" to the parties as indicated on the attached Service List.

☐ **BY OVERNIGHT DELIVERY:** I deposited in a box or other facility regularly maintained by Federal Express, or delivered to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier, addressed as indicated in the attached Service List on the above-mentioned date, with fees for overnight delivery paid or provided for.

☐ **BY FACSIMILE:** I caused a true copy of the document to be faxed to the persons at the corresponding facsimile telephone number as indicated in the attached Service List on the above-mentioned date. The facsimile machine used by the firm complies with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), a record of the fax transmission was printed and a copy is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 14th day of January, 2011 at Los Angeles, California.

Debbie J. Calderon

(Signature)

## SERVICE LIST

| | |
|---|---|
| Attorneys for Plaintiff THE MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY | Kelly F. Ryan, Esq. (SBN 195921)<br>Susan X. Romero, Esq. (SBN 249522)<br>**THE RYAN LAW FIRM**<br>A Professional Law Corporation<br>80 South Lake Avenue, Suite 500<br>Pasadena, California 91101<br>Telephone: 626-568-8808<br>Facsimile: 626-568-8809<br>e-Mail: kryan@ryanattorneys.com |
| | Joseph L. Kitto, Esq.<br>P.O. Box 819<br>Lower Lake, CA 95457<br>Telephone: 505-977-5450<br>Facsimile: 505-977-5450<br>e-Mail: kitto@sovsys.net |
| Attorneys for Defendant KENNETH SALAZAR | David B. Glazer, Esq. (DC 400966)<br>**UNITED STATES DEPARTMENT OF JUSTICE**<br>Natural Resources Section<br>Environment & Natural Resources Division<br>301 Howard Street, Suite 1050<br>San Francisco, California 94105<br>Telephone:   415-744-6477<br>Facsimile:   415-744-6476<br>e-Mail: david.glazer@usdoj.gov |
| Attorneys for Intervenor Defendant COUNTY OF SONOMA | Bruce D. Goldstein, Esq. (SBN 135970)<br>Jeffrey M. Brax, Esq. (SBN 218601)<br>**OFFICE OF THE SONOMA COUNTY COUNSEL**<br>575 Administration Drive, Room 105<br>Santa Rosa, California 95403-2815<br>Telephone:   707-565-2421<br>Facsimile:   707-565-2624<br>e-Mail: bgoldste@sonoma-county.org<br>              jbrax@sonoma-county.org |
| Attorneys for Intervenor Defendant COUNTY OF NAPA | Thomas S. Capriola, Esq. (SBN 251472)<br>**OFFICE OF THE COUNTY COUNSEL, COUNTY OF NAPA**<br>1195 Third Street, Suite 301<br>Napa, California 94559<br>Telephone:   707-253-4521<br>Facsimile:   707-259-8220<br>e-Mail: Thomas.capriola@countyofnapa.org |