United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY,<br><br>             Plaintiff(s),<br>    v.<br>KEN SALAZAR,<br><br>             Defendant(s). | CASE NO. 5:09-cv-02502 EJD<br><br>**ORDER FOR SUPPLEMENTAL CASE MANAGEMENT STATEMENT** |

Having reviewed the parties Joint Case Management Statement filed January 27, 2012 (see Docket Item No. 158), the court requires additional information in order to finalize a comprehensive Case Management Order for this case. Accordingly, the court orders as follows:

The parties shall conduct a conference pursuant to Federal Rule of Civil Procedure 26(f)(2) forthwith, and shall within 14 days of this order file a Joint Supplemental Case Management Statement which addresses the items listed in Rule 26(f)(3) to the extent those items apply.

**IT IS SO ORDERED.**

Dated: February 16, 2012

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:09-cv-02502 EJD
ORDER FOR SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT