IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| THE MISHEWAL WAPPO TRIBE OF ALEXANDER VALLEY,<br><br>　　　　Plaintiff(s),<br>　v.<br>KEN SALAZAR, et. al.,<br><br>　　　　Defendant(s). | CASE NO. 5:09-cv-02502 EJD<br><br>**ORDER VACATING STATUS CONFERENCE**; **SETTING MOTION DEADLINES** |
|---|---|

Having reviewed the parties' Joint Status Conference Statement (see Docket Item No. 183), the court finds that a conference is unnecessary at this time. Accordingly, the Status Conference scheduled for February 8, 2013, is VACATED.

Based on Plaintiff's request, the court issues the following schedule for cross-motions for summary judgment:

| | |
|---|---|
| Deadline for serving and filing Motions for Summary Judgment | May 31, 2013 |
| Deadline for serving and filing Oppositions to Motions for Summary Judgment | June 21, 2013 |
| Deadline for serving and filing Replies to Motions for Summary Judgment | July 5, 2013 |

1
CASE NO. 5:09-cv-02502 EJD
ORDER VACATING STATUS CONFERENCE; SETTING MOTION DEADLINES

| Hearing on Cross-Motions for Summary Judgment | 1:30 p.m. on July 25, 2013 |
|---|---|

**IT IS SO ORDERED.**

Dated: February 6, 2013



EDWARD J. DAVILA
United States District Judge